discretion shall be exercised. (*People v. City of Chicago*, 234 Ill. 416.) In the instant case, although an action at law, it would be highly inequitable and most unfair to sustain appellant in its determined refusal to permit appellee to enjoy the benefits, the consideration for which appellee has paid and appellant has received.

The judgment of the circuit court is affirmed.

*Judgment affirmed.*

**Alonzo H. Day, Appellee, v. Rachel Carter Wallace, Appellant.**

**Gen. No. 44,770.** 

Morton Lewis, for appellant; John T. Jones and Kimball Smith, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed January 31, 1950; released for publication February 23, 1950.

**Marie Meininger, Appellee, v. Brooks Laundry Company and Mid-Continent Laundries, Inc., Appellants.**

**Gen. No. 44,579.** 

